**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-2275**

———————————

WILLIAM SCOTT DAVIS, JR.,

             Plaintiff - Appellant,

        v.

TOWN OF CARY NORTH CAROLINA; HAROLD WEINBRECHT, Mayor; STATE
OF NORTH CAROLINA; WAKE COUNTY PUBLIC SCHOOL SYSTEM; PATTI
HEAD; NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES
WAKE COUNTY HUMAN SERVICES; ALBERT SINGER, Wake County North
Carolina County Attorney; TRIANGLE FAMILY SERVICES; MILES
WRIGHT, Interim CEO,

             Defendants - Appellees.

———————————

**No. 15-2276**

———————————

WILLIAM SCOTT DAVIS, JR.,

             Plaintiff - Appellant,

        v.

SCOTT L. WILKINSON,

             Defendant - Appellee.

———————————

**No. 15-2277**

———————————

WAKE COUNTY HUMAN SERVICES,

             Plaintiff - Appellee,

v.

WILLIAM SCOTT DAVIS, JR.,

                Defendant - Appellant.

_____

**No. 15-2278**
_____

WILLIAM SCOTT DAVIS, JR., and (a minor) J.F.D.,

                Plaintiff - Appellant,

        v.

MONICA M. BOUSMAN, individually and as Juvenile State Court Judge North Carolina, Wake County; ERICK CHASSE, individually and as a Juvenile State Court Judge, North Carolina, Wake County; JAMES FULLWOOD, individually and a Juvenile State Court Judge, North Carolina, Wake County; ROBERT B. RADAR, individually and as a Juvenile State Court Judge, North Carolina, Wake County 10th Judicial District, Chief District Judge; MARGARET EAGLES, individually and a Juvenile of the State of North Carolina, 10th Judicial District; BEVERLY PURDUE, individually and as Governor of the State of North Carolina; JOHN C. MARTIN, individually and a Chief Judge of the North Carolina Court of Appeals and Chief of the N. C. Judicial Standards Commission,

                Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:08-cv-00176-BO; 5:11-cv-00031-BO; 5:12-cv-00413-BO; 5:14-cv-00006-BO)

_____

Submitted: February 25, 2016        Decided: February 29, 2016

_____

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

2

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, William Scott Davis, Jr., appeals the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Town of Cary, No. 5:08-cv-00176-BO (E.D.N.C. filed Aug. 19, 2015 & entered Aug. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

4